IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 7:21cv378** |
| ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE** ) | |
| **AND STATE UNIVERSITY, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

### NOTICE OF APPEARANCE

To:    The Clerk of Court and All Parties of Record

I am admitted to practice in this court, and I appear in this case as counsel for defendants Virginia Polytechnic Institute and State University, Timothy Sands, Alexey Onufriev, and Tamara Cherry-Clarke.

    Respectfully Submitted,

    By: /s/ Nathan H. Schnetzler
    Nathan H. Schnetzler (VSB #: 86437)
    FRITH ANDERSON + PEAKE, P.C.
    29 Franklin Road, SW
    P.O. Box 1240
    Roanoke, Virginia 24006-1240
    Phone: 540/772-4600
    Fax:    540/772-9167
    Email: nschnetzler@faplawfirm.com


FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

629.0407\NHS
4846-5560-3702 .v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ Nathan H. Schnetzler<br>Of Counsel



629.0407\NHS
4846-5560-3702 .v1