**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. 7:21cv378 |
| ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE** ) | |
| **AND STATE UNIVERSITY, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

**NOTICE OF APPEARANCE**

To:   The Clerk of Court and All Parties of Record

     I am admitted to practice in this court, and I appear in this case as counsel for defendants Virginia Polytechnic Institute and State University, Timothy Sands, Alexey Onufriev, and Tamara Cherry-Clarke.

     Respectfully Submitted,

/s_____
Katherine C. Londos (VSB #: 36848)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:    540/772-9167
Email: klondos@faplawfirm.com



FRITH
ANDERSON
+PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

629.0407\NHS
4846-3935-0774 .v1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/
Of Counsel



- 2 -

629.0407\NHS
4846-3935-0774 .v1