UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

John Doe

*Plaintiff*

vs

Virginia Polytechnic Institute and State University, et al

*Defendant*

**AFFIDAVIT OF SERVICE**

CASE NUMBER: 7:21-CV-00378

COURT DATE:

JOB NUMBER: 212966

The undersigned being duly sworn, states:
That pursuant to 8.01-293(2) of the Code of Virginia: I am over the age of 18 and not a party or otherwise interested in the subject matter of the above-referenced controversy.

**I MADE SERVICE OF**: Summons and Complaint

**SERVICE ON**: Tamara Cherry- Clarke

**ADDRESS**: 775 George Edward Via , Christiansburg , VA  24073

**DATE SERVED**: 7/28/2021 6:19 PM

(XX) PERSONAL: - BY SERVING Tamara Cherry- Clarke

Comments:
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ 7/30/2021
James R Parker
Blue Ridge Legal Process Services
316 E Washington Ave
Vinton, VA 24179
540-527-3783

Commonwealth of Virginia
County of Roanoke

The foregoing instrument was acknowledged before me 30th day of July, 2021

_____
NOTARY PUBLIC
Lisa H Joyner
Reg# 7379735
Exp:11/30/2022

LISA H JOYNER
NOTARY PUBLIC
REG. #7379735
MY COMMISSION EXPIRES
11/30/2022
COMMONWEALTH OF VIRGINIA

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

John Doe

**Plaintiff**

vs

Virginia Polytechnic Institute and State University, et al

**Defendant**

**AFFIDAVIT OF SERVICE**

CASE NUMBER: 7:21-CV-00378

COURT DATE:

JOB NUMBER: 212969

The undersigned being duly sworn, states:
That pursuant to 8.01-293(2) of the Code of Virginia: I am over the age of 18 and not a party or otherwise interested in the subject matter of the above-referenced controversy.

**I MADE SERVICE OF:** Summons and Complaint

**SERVICE ON:** Alexey Onufriev

**ADDRESS:** 2605 Blossom Trail E Blacksburg, VA 24060

**DATE SERVED:** 7/29/2021 4:59 PM

(XX) SUBSTITUTE SERVICE (RESIDENCE) - BEING UNABLE TO MAKE PERSONAL SERVICE AND NOT FINDING THE ABOVE MENTIONED PERSON AT USUAL PLACE OF ABODE DELIVERED TO FAMILY MEMBER (NOT TEMPORARY SOJOURNER OR GUEST), AGE 16 OR OLDER AFTER GIVING INFORMATION OF ITS PURPORT

Kesnia Onufriev, Wife.

**COMMENTS:** Mr. Onufriev was in Russia. His mother is ill.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ 7/30/2021
James R Parker
Blue Ridge Legal Process Services
316 E Washington Ave
Vinton, VA 24179
540-527-3783

Commonwealth of Virginia
County of Roanoke

The foregoing instrument was acknowledged before me 30th day of July, 2021

_____
NOTARY PUBLIC
Lisa H Joyner
Reg# 7379735
Exp: 11/30/2022

[Notary Seal: LISA H JOYNER, NOTARY PUBLIC, REG. #7379735, MY COMMISSION EXPIRES 11/30/2022, COMMONWEALTH OF VIRGINIA]

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

John Doe

**Plaintiff**

vs

Virginia Polytechnic Institute and State University, et al

**Defendant**

# AFFIDAVIT OF SERVICE

CASE NUMBER: 7:21-CV-00378

COURT DATE:

JOB NUMBER: 212968

The undersigned being duly sworn, states:
That pursuant to 8.01-293(2) of the Code of Virginia: I am over the age of 18 and not a party or otherwise interested in the subject matter of the above-referenced controversy.

**I MADE SERVICE OF:** Summons and Complaint

**SERVICE ON:** Virginia Polytechnic Institute and State University

**ADDRESS:** c/o Ms. Kay Heidbreder University Legal Counsel 236 Burruss Hall (0121), Blacksburg, VA 24061

**DATE SERVED:** 7/27/2021 1:13 PM

**(XX) SUBSTITUTE SERVICE - BY DELIVERING A TRUE COPY OF EACH TO**

Steve Calpaldo, Associate Counsel.

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ 7/28/2021
William B Cobble III
Blue Ridge Legal Process Services
316 E Washington Ave
Vinton, VA 24179
540-527-3783

Commonwealth of Virginia
County of Roanoke

The foregoing instrument was acknowledged before me 28th day of July, 2021

_____
NOTARY PUBLIC
Lisa H Joyner
Reg# 7379735
Exp:11/30/2022

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

John Doe

**Plaintiff**

vs

Virginia Polytechnic Institute and State University, et al

**Defendant**

# AFFIDAVIT OF SERVICE

CASE NUMBER: 7:21-CV-00378

COURT DATE:

JOB NUMBER: 212967

The undersigned being duly sworn, states:
That pursuant to 8.01-293(2) of the Code of Virginia: I am over the age of 18 and not a party or otherwise interested in the subject matter of the above-referenced controversy.

**I MADE SERVICE OF:** Summons and Complaint

**SERVICE ON:** Timothy Sands

**ADDRESS:** 314 Burruss Hall (0169) Virginia Tech , Blacksburg , VA 24061

**DATE SERVED:** 7/27/2021 1:13 PM

**(XX) SUBSTITUTE SERVICE - BY DELIVERING A TRUE COPY OF EACH TO**

Christine Watkinson , Director of Finance .

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ 7/28/2021
William B Cobble III
Blue Ridge Legal Process Services
316 E Washington Ave
Vinton, VA 24179
540-527-3783

Commonwealth of Virginia
County of Roanoke

The foregoing instrument was acknowledged before me 28th day of July, 2021

_____
NOTARY PUBLIC
Lisa H Joyner
Reg# 7379735
Exp:11/30/2022