# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**JOHN DOE**

vs.

**VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, ET AL**

Action No:   7:21CV00378
Date:   12/14/2021
Judge:   Michael F. Urbanski, CUSDJ
Court Reporter:   Mary Butenschoen
Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)

Robert Edwin Dean, II

Defendant Attorney(s)

Kathrine Cabell Londos, Kay Kurtz Heidbreder, Kristina Julia Hartman, Marvin Hudson McClanahan, Nathan Schnetzler, Stephen Frederick Capaldo

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
PTM
Parties present by ZoomGov.
ECF 2, 10, and 12
Court addresses ECF 2 Motion for Leave to Proceed Under a Pseudonym (plaintiff).
Response from defendant.
ECF 10, 12 – Motions to Dismiss (defendants).
Response from plaintiff.
Argument.
Court grants motion to dismiss complaint for reasons stated on the record. Court will allow pltf to file an amended complaint within 20 days, and assumes dft will file another motion to dismiss within 20 days after that.   Court asks parties to set a status conference in February with clerk.

ime in Court:   3:32-4:48   1h 16 m