| AO435<br>(Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER FORM** | DUE DATE: |

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME<br>Nathan H. Schnetzler | TELEPHONE NUMBER<br>540-772-4600 |
|---|---|---|
| DATE OF REQUEST<br>1/5/2022 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>nschnetzler@faplawfirm.com | |
| MAILING ADDRESS<br>29 Franklin Road SW | | CITY, STATE, ZIP CODE<br>Roanoke, VA 24011 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER  Mary Butenschoen<br><br>OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER<br>7:21cv378 | CASE NAME<br>Doe v. Virginia Tech | JUDGE'S NAME<br>Urbanski |
| DATE(S) OF PROCEEDING(S)<br>12/14/21 | TYPE OF PROCEEDING(S)<br>Motion to Dismiss Hearing | LOCATION OF PROCEEDING<br>Zoom |

REQUEST IS FOR: (*Select one*)    [✔] FULL PROCEEDING    OR    [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
   (*See Page 2 for descriptions of each service turnaround category.*)

   [ ] Ordinary (30-Day)           [ ] Daily
   [ ] 14-Day                      [ ] Hourly
   [✔] Expedited (7-Day)           [ ] RealTime
   [ ] 3-Day

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>1/5/2022 | SIGNATURE<br>*/s/ Nathan H. Schnetzler/* |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to** CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:**  Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.