UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:21-cv-378 |
| ) | |
| VIRGINIA POLYTECHNIC INSTITUTE ) | |
| AND STATE UNIVERSITY, et al. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff John Doe, by counsel, for his briefs in opposition to Defendants' Motion to Dismiss (ECF 26), incorporates by reference herein and relies upon his previously filed briefs in opposition (ECF 14, 15).

February 11, 2022                   Respectfully submitted,

                                    JOHN DOE

                                    By: _____
                                                Of Counsel

Robert E. Dean, Esq. (VSB No. 80288)
ROB DEAN LAW
401 Campbell Ave., Ste. 302
Roanoke, Virginia 24016
Phone: (540) 585-1776
Fax:   (540) 301-0833
Email: rob@robdeanlaw.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022, the foregoing pleading was filed with the Clerk of the Clerk of Court and served via CM/ECF the following counsel of record:

>Katherine C. Londos (VSB No. 36848)
>Nathan H. Schnetzler (VSB No. 86437)
>FRITH ANDERSON + PEAKE, P.C.
>29 Franklin Road, SW
>P.O. Box 1240
>Roanoke, Virginia 24006-1240 Phone: 540/772-4600
>Fax: 540/772-9167
>Email: klondos@faplawfirm.com
>nschnetzler@faplawfirm.com
>
>Kay Heidbreder (VSB No. 22288)
>M. Hudson McClanahan (VSB No. 46363)
>Kristina J. Hartman (VSB No. 92279)
>University Legal Counsel (0121)
>800 Drillfield Drive
>Blacksburg, VA 24061
>Phone: (540) 231-6293
>Fax: (540) 231-6474
>Email: heidbred@vt.edu
>Email: hud3@vt.edu
>Email: kjhart06@vt.edu

*Counsel for Defendants*

_____