# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**JOHN DOE**

vs.

**VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, ET AL**

Action No:   7:21CV00378
Date:   2/15/2022
Judge:   Michael F. Urbanski, CUSDJ
Court Reporter:   Mary Butenshoen
Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)
Rob Dean

Defendant Attorney(s)
Hud McClanahan, Nathan Schnetzler

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
PTM
All parties appearing by Zoom.
Dft presents on motion. ECF 26 Motion to Dismiss.
Pltf response.
Argument.
Court will allow parties to submit supplemental authority if needed within 14 days, 5 page limit, re tolling of statute of limitations argument.   Court will issue a written opinion.

Time in Court:   3:01-4:04   1h 3m