IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 7:21-cv-00378 |
| VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al., | ) By: Michael F. Urbanski<br>) Chief United States District Judge |
| Defendants | ) |

### ORDER

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that plaintiff's motion for leave to proceed under a pseudonym, ECF No. 2, is **GRANTED without prejudice**. It is further **ORDERED** that at this time, the parties shall: (1) Use only the pseudonym "John Doe" to refer to plaintiff; (2) Use only the pseudonym "Jane Roe" to refer to the woman who accused plaintiff in the underlying disciplinary proceedings; (3) Redact or move to file under seal all documents and exhibits that use the real names or other identifying information of plaintiff, Jane Roe, or the witnesses from the investigation; and (4) Submit unredacted versions of documents and exhibits to chambers.

It is so **ORDERED**.

Entered: 03-29-2022

Michael F. Urbanski
Chief United States District Judge