**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| **JOHN DOE,** )  | |
| Plaintiff, ) | |
| ) | Case No. 7:21-cv-00378 |
| v. ) | |
| ) | |
| **VIRGINIA POLYTECHNIC INST.,** ) | |
| **& STATE UNIV.** et al., ) | By: Michael F. Urbanski |
| Defendants ) | Chief United States District Judge |

**ORDER**

As set forth in the accompanying memorandum opinion, Virginia Tech's motion to dismiss, ECF No. 26, is **GRANTED**. Doe's claim based on the allocation of the 2018–2019 research grant funds is **DISMISSED with prejudice** as time barred. In addition, his claim based on his loss of a liberty interest is **DISMISSED with prejudice** for failure to state a claim. His remaining claims that (1) he was deprived of a property interest in continued enrollment without due process; (2) he was deprived of grant funds in the 2019–2020 school year in violation of Title IX; (3) he was subjected to a hostile environment based on sex in violation of Title IX; and (4) he was retaliated against in violation of Title IX, are **DISMISSED without prejudice** for failure to state a claim.

Doe may file a Second Amended Complaint within thirty (30) days of entry of this Order if he wishes to proceed on any of the claims that were dismissed without prejudice.

It is so **ORDERED**.

ENTERED: July 28, 2022

*Digitally signed by Michael F. Urbanski  Chief U.S. District Judge*
*Date: 2022.07.28 11:34:02 -04'00'*

Michael F. Urbanski
Chief United States District Judge

2