IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:21cv378 |
| **VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al.,** | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Defendants' Motion for Leave to File Brief in Excess of Twenty-Five Pages. For the reasons set forth in Defendants' Motion, for good cause shown, and in the interests of justice, Defendants' Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to all counsel of Record.

It is **SO ORDERED**.

Entered:

_____
Hon. Robert S. Ballou
United States Magistrate Judge

629.0449\NHS
4891-4612-1266 .v1