UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN DOE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VIRGINIA POLYTECHNIC INSTITUTE ) <br> AND STATE UNIVERSITY, et al. ) <br> ) <br> Defendants. ) | Civil Action No. 7:21-cv-00378 |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Plaintiff, John Doe[1], by counsel, and moves for a seven-day extension to file briefs in opposition to Defendants' Motions to Dismiss no later than September 30, 2022, without objection and by agreement with Defendants' counsel.

Undersigned has a two-day jury trial beginning September 21, 2022, and needs additional time to fully brief the Plaintiff's response to Defendants' motions.

September 21, 2022               Respectfully submitted,

                                 JOHN DOE

                                 By: _____
                                           Of Counsel

---

[1] "John Doe" is not Plaintiff's real name. He is proceeding under a pseudonym for his privacy. Defendant will not be prejudiced by permitting him to proceed anonymously because it has knowledge of the actual identity of John Doe.

1

Robert E. Dean, Esq. (VSB No. 80288)
ROB DEAN LAW
401 Campbell Ave., Ste. 302
Roanoke, Virginia 24016
Phone:  (540) 585-1776
Fax:      (540) 301-0833
Email:  rob@robdeanlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, the foregoing pleading was filed with the Clerk of the Clerk of Court and served via CM/ECF the following counsel of record:

>Katherine C. Londos (VSB No. 36848)
>Nathan H. Schnetzler (VSB No. 86437)
>FRITH ANDERSON + PEAKE, P.C.
>29 Franklin Road, SW
>P.O. Box 1240
>Roanoke, Virginia 24006-1240 Phone: 540/772-4600
>Fax: 540/772-9167
>Email: klondos@faplawfirm.com
>nschnetzler@faplawfirm.com
>
>Kay Heidbreder (VSB No. 22288)
>M. Hudson McClanahan (VSB No. 46363)
>Kristina J. Hartman (VSB No. 92279)
>University Legal Counsel (0121)
>800 Drillfield Drive
>Blacksburg, VA 24061
>Phone: (540) 231-6293
>Fax: (540) 231-6474
>Email: heidbred@vt.edu
>Email: hud3@vt.edu
>Email: kjhart06@vt.edu
>
>*Counsel for Defendants*

[signature]