UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

JOHN DOE                                        )
                                                )
            Plaintiff,                          )
                                                )
v.                                              )
                                                )    Civil Action No. 7:21-cv-378
                                                )
VIRGINIA POLYTECHNIC INSTITUTE                  )
AND STATE UNIVERSITY, et al.                    )
                                                )
            Defendants.                         )

## PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)

Plaintiff John Doe, by counsel, for his memorandum of law in opposition to Defendants'

Motion to Dismiss pursuant to Rule 12(b)(1) (ECF 38), incorporates by reference herein and relies

upon his previously filed brief in opposition (ECF 14).

September 30, 2022                Respectfully submitted,

                                  JOHN DOE

                                  By: _____
                                              Of Counsel

Robert E. Dean, Esq. (VSB No. 80288)
ROB DEAN LAW
401 Campbell Ave., Ste. 302
Roanoke, Virginia 24016
Phone:  (540) 585-1776
Fax:     (540) 301-0833
Email:   rob@robdeanlaw.com

*Counsel for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2022, the foregoing pleading was filed with the

Clerk of the Clerk of Court and served via CM/ECF the following counsel of record:

Katherine C. Londos (VSB No. 36848)
Nathan H. Schnetzler (VSB No. 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240 Phone: 540/772-4600
Fax: 540/772-9167
Email: klondos@faplawfirm.com
nschnetzler@faplawfirm.com

Kay Heidbreder (VSB No. 22288)
M. Hudson McClanahan (VSB No. 46363)
Kristina J. Hartman (VSB No. 92279)
University Legal Counsel (0121)
800 Drillfield Drive
Blacksburg, VA 24061
Phone: (540) 231-6293
Fax: (540) 231-6474
Email: heidbred@vt.edu
Email: hud3@vt.edu
Email: kjhart06@vt.edu

*Counsel for Defendants*