IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 7:21CV00378 |
| v. ) | |
| ) | |
| VIRGINIA POLYTECHNIC ) | By: Hon. Michael F. Urbanski |
| INSTITUTE AND STATE ) | Chief United States District Judge |
| UNIVERSITY, ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon the request of the parties, it is **ORDERED** and **ADJUDGED** that this case is **REFERRED** to the Honorable Robert S. Ballou, United States Magistrate Judge, for the purposes of mediation. The parties are advised that any information provided during the proceeding shall be treated on a confidential basis, and shall not be shared with any other officer of the court.

The Clerk is directed to send certified copies of this Order to all counsel of record and to the Honorable Robert S. Ballou, United States Magistrate Judge, Roanoke, Virginia.

Entered: October 28, 2022

*Michael F. Urbanski*

Michael F. Urbanski
Chief United States District Judge