UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al. <br><br> Defendants. | Civil Action No. 7:21-cv-00378 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.16(a)(3), undersigned counsel hereby moves to withdraw representation of the Plaintiff, John Doe[1], having been discharged.

Plaintiff intends to proceed with his case, and if new counsel is retained, they will enter an appearance in this matter.

January 22, 2023            Respectfully submitted,

By: _/s/ Robert E. Dean_

Robert E. Dean, Esq. (VSB No. 80288)
ROB DEAN LAW
401 Campbell Ave., Ste. 302
Roanoke, Virginia 24016
Phone:  (540) 585-1776
Fax:     (540) 301-0833
Email:  rob@robdeanlaw.com

*Counsel for Plaintiff*

---

[1] "John Doe" is not Plaintiff's real name. He is proceeding under a pseudonym for his privacy. Defendant will not be prejudiced by permitting him to proceed anonymously because it has knowledge of the actual identity of John Doe.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2023, the foregoing pleading was filed with the Clerk of the Clerk of Court and served via CM/ECF and email on the following counsel of record and parties:

> Katherine C. Londos (VSB No. 36848)
> Nathan H. Schnetzler (VSB No. 86437)
> FRITH ANDERSON + PEAKE, P.C.
> 29 Franklin Road, SW
> P.O. Box 1240
> Roanoke, Virginia 24006-1240 Phone: 540/772-4600
> Fax: 540/772-9167
> Email: klondos@faplawfirm.com
> nschnetzler@faplawfirm.com
>
> Kay Heidbreder (VSB No. 22288)
> M. Hudson McClanahan (VSB No. 46363)
> Kristina J. Hartman (VSB No. 92279)
> University Legal Counsel (0121)
> 800 Drillfield Drive
> Blacksburg, VA 24061
> Phone: (540) 231-6293
> Fax: (540) 231-6474
> Email: heidbred@vt.edu
> Email: hud3@vt.edu
> Email: kjhart06@vt.edu
>
> *Counsel for Defendants*
>
> John Doe
> 9200 Norman Drive
> Plano, Texas 75025
>
> *Plaintiff*

*/s/ John Doe*