UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN DOE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 7:21-cv-00378 |
| | ) |
| VIRGINIA POLYTECHNIC INSTITUTE | ) |
| AND STATE UNIVERSITY, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL**

ON THIS DAY came the Plaintiff counsel's motion to withdraw pursuant to Rule 1.16(a)(3). It appearing proper to do so for good cause shown, and Plaintiff's counsel having been discharged, it is hereby ORDERED and ADJUDGED that the Motion to Withdraw as Counsel is GRANTED, and this matter continues.

Entered _____ / _____/ 2023

_____
Judge

1