IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 7:21cv00378 |
| | ) |
| v. | ) |
| | ) |
| VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, | ) By: Hon. Robert S. Ballou |
| | ) United States Magistrate Judge |
| Defendant. | ) |

## ORDER

Plaintiff's counsel filed a Motion to Withdraw as counsel in this case, pursuant to Rule 1.16(a)(3) of the Virginia Rules of Professional Conduct. Dkt. 57. Also pending on the docket are two Motions to Dismiss which have been fully briefed and are ripe for decision. Dkt. 38 & 41. Accordingly, Plaintiff counsel's Motion to Withdraw (Dkt. 57) is **TAKEN UNDER ADVISEMENT**, and all deadlines in this case are **STAYED** until the Court enters a ruling on the pending Motions to Dismiss.

Entered: January 23, 2023

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge