IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:21cv378 |
| ) | |
| VIRGINIA POLYTECHNIC INSTITUTE ) | |
| AND STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

# NOTICE

Defendant Virginia Polytechnic Institute and State University, by counsel, hereby gives notice that it has been unsuccessful in attempting to serve its previously filed Motion for Extension to File Answer, ECF No. 61, on the plaintiff. As stated in the Certificate of Service in Defendant's Motion for Extension to File Answer, plaintiff's contact information is unknown, so Defendant contacted plaintiff's former counsel with a request that the Motion for Extension to File Answer be forwarded to plaintiff. Plaintiff's former counsel advised that he would not forward the motion. In response, Defendant requested plaintiff's contact information, and plaintiff's former counsel refused to provide it. Accordingly, Defendant is unable to serve its Motion for Extension to File Answer on the plaintiff until he provides an address to the Clerk's Office.

Respectfully submitted,

VIRGINIA POLYTECHNIC INSTITUTE AND
STATE UNIVERSITY

629.0407\NHS
4859-3307-5796 .v1

/s/_____
Katherine C. Londos (VSB #: 36848)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:     540/772-9167
Email: klondos@faplawfirm.com
           nschnetzler@faplawfirm.com


Kay Heidbreder (VSB No.: 22288)
University Legal Counsel and
Senior Assistant Attorney General
*heidbred@vt.edu*
M. Hudson McClanahan (VSB No.: 46363)
*hud3@vt.edu*
Kristina J. Hartman (VSB No.: 92279)
*kjhart06@vt.edu*
Stephen F. Capaldo (VSB No.: 74045)
*scapaldo@vt.edu*
Associate University Legal Counsel and
Assistant Attorney General
University Legal Counsel (0121)
Burruss Hall, Suite 236, Virginia Tech
800 Drillfield Drive
Blacksburg, VA  24060
Phone: (540) 231-6293
Fax: (540) 231-6474

*Counsel for Virginia Polytechnic Institute and State University*



629.0407\NHS
4859-3307-5796 .v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ Nathan H. Schnetzler
Of Counsel



629.0407\NHS
4859-3307-5796 .v1