IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:21cv378 |
| | ) | |
| VIRGINIA POLYTECHNIC INSTITUTE | ) | |
| AND STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Motion for Extension filed by the remaining defendant in this case, Virginia Polytechnic Institute and State University, requesting an extension of time within which it must file its Answer to the Amended Complaint.

For the reasons set forth in defendant's motion, for good cause shown, and in the interest of justice, it is **ORDERED** that defendant's motion is **GRANTED**. Accordingly, defendant shall file its Answer to the Amended Complaint on or before March 23, 2023.

The Clerk is directed to send a copy of this Order to counsel of record and plaintiff's former counsel, Robert E. Dean. Mr. Dean is **DIRECTED** to forward a copy of this Order to plaintiff.

It is **SO ORDERED**.

Entered:   March 1, 2023

Michael F. Urbanski
Chief U.S. District Judge
2023.03.01 17:54:42 -05'00'

Hon. Michael F. Urbanski
Chief United States District Judge

629.0407\NHS
4875-6301-3716 .v1