IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
|     Plaintiff ) | |
| ) | Case No. 7:21-cv-00378 |
| v. ) | |
| ) | |
| VIRGINIA POLYTECHNIC INST., ) | |
| & STATE UNIV. et al., ) | By: Michael F. Urbanski |
|     Defendants ) | Chief United States District Judge |

**ORDER**

As set forth in the previous order filed in this case, ECF No. 60, Doe is proceeding pro se because the court granted his attorney's motion to withdraw after Doe discharged the attorney. In the same order, Doe was told to provide the court with the name and address of substitute counsel, or if he did not obtain substitute counsel, with his contact information, including his real name, address, email address, and telephone number. His deadline to provide the information was two weeks from the date of the order, or March 9, 2023.

On March 3, 2023, Doe contacted the court via email and asked for a two-month extension of time in which to find an attorney. The court construes the email as a motion and **GRANTS** the motion. Doe may have **60 (sixty) days** from entry of this order to find new counsel, or to advise the court that he will continue to proceed pro se. Doe is advised that resources for proceeding pro se can be found on this court's website at www.vawd.uscourts.gov.

Doe's deadline for providing the court with his contact information remains the same. He must provide his real name, address, and telephone number to the court by **March 9, 2023**.

He may provide the information by emailing Courtroom Deputy Kristin Ayersman at kristina@vawd.uscourts.gov.

The Clerk is **DIRECTED** to send a copy of this Order to Doe's email address, which was included in the email he sent to the court on March 3, 2023.

It is so **ORDERED**.

Entered: March 5, 2023

Michael F. Urbanski
Chief United States District Judge

2