IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff | )<br>)<br>) Case No. 7:21-cv-00378 |
| v. | )<br>) |
| VIRGINIA POLYTECHNIC INST.,<br>& STATE UNIV. et al.,<br>    Defendants | )<br>) By: Michael F. Urbanski<br>) Chief United States District Judge |

## ORDER

On March 6, 2023, the court entered an order requiring Doe to provide the court with his contact information, including his real name, address, and telephone number, via email, to Courtroom Deputy Kristin Ayersman at kristina@vawd.uscourts.gov. Order, ECF No. 64. His deadline to provide the information is March 9, 2023. In the same order, Doe was given 60 days, or until May 4, 2023, to obtain new counsel. Id. These deadlines remain in effect.

On March 7, 2023, defendant Doe sent the court an email in which he asked to be excused from providing his real name and contact information to the court because he believes it will "hurt [his] case" and prevent the proceedings from being fair. Doe hereby is advised that the court needs his contact information so that it can inform him of proceedings and deadlines in his case. In addition, counsel for defendant Virginia Polytechnic Institute & State University needs Doe's contact information to that it can comply with the requirement of Fed. R. Civ. P. 5 to serve pleadings on Doe. Doe's identity will not be made public at this time.

Doe further is advised that although he currently is representing himself, he is expected to abide by the Federal Rules of Civil Procedure and the Local Rules of this court, including

1

all pertinent deadlines. A copy of the Local Rules can be downloaded and printed from the court's website and information on how to proceed pro se (representing himself), also is located on the court's website: www.vawd.uscourts.gov.

Doe also is advised that, except for providing his contact information to the court, he is not to contact the court via email. All further contact with the court shall be done via documents filed and served pursuant to Rule 5 of the Federal Rules of Civil Procedure. The court will not respond to emails from Doe.

Finally, Doe is advised that failure to abide by the orders of this court may result in sanctions, up to and including dismissal of his lawsuit.

The Clerk is **DIRECTED** to send a copy of this Order to Doe's email address. The Clerk further is **DIRECTED** to send copies of the Memorandum Opinion and Order in this case, ECF Nos. 59 and 60, to Doe's email address.

It is so **ORDERED**.

Entered: March 7, 2023

Michael F. Urbanski
Chief United States District Judge