# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:21CV378 |
| | ) | |
| VIRGINIA POLYTECHNIC INSTITUTE | ) | |
| AND STATE UNIVERSITY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is defendant's Motion to Amend the Court's Scheduling Order. It is

**ORDERED** that the defendant's motion is **GRANTED**. Accordingly, it is **ORDERED** as follows:

| | |
|---|---|
| **PLAINTIFFS' INITIAL EXPERT DISCLOSURE:** | 90 days before discovery closes |
| **DEFENDANT'S INITIAL EXPERT DISCLOSURE:** | 60 days before discovery closes |
| **DEADLINE FOR MOTIONS TO JOIN OTHER PARTIES OR AMEND PLEADINGS** | July 1, 2023 |
| **DEADLINE FOR PARTIES TO EXCHANGE WITNESS AND EXHIBIT LISTS** | 30 days before trial |
| **DEADLINE FOR DEPOSITION DESIGNATIONS** | 30 days before trial |
| **DEADLINE FOR MOTIONS IN LIMINE** | 24 days before trial |
| **DEADLINE FOR COUNTERDESIGNATIONS AND OBJECTIONS TO DEPOSITION DESIGNATIONS** | 20 days before trial |
| **DEADLINE FOR OBJECTIONS TO COUNTERDESIGNATIONS** | 15 days before trial |
| **DEADLINE FOR HEARING ON MOTIONS IN LIMINE** | 10 days before trial |

The dates contained herein supersede the dates set forth in the Court's Scheduling Order, ECF No. 73. Otherwise, the provisions of the prior Scheduling Order, ECF No. 73, continue to apply.

The clerk is directed to send a copy of this Order to all counsel of record and the pro se plaintiff.

It is **SO ORDERED**.

Entered:

_____
Hon. Michael F. Urbanski
Chief United States District Judge