# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**JOHN DOE**

vs.

**VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY**

Action No:   7:21CV00378
Date:   6/22/2023
Judge:   Michael F. Urbanski, USDJ
Court Reporter:   Lisa Blair
Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)
Pro se

Defendant Attorney(s)
Kay Heidbreder, Nathan Schnetzler

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Parties present for Status Conference via Zoom.
Court notes case pending on motion to amend scheduling order, ECF 76.   Court recaps case for parties, noting one remaining count, and mediation was not successful. Case set for JT on 1/16/2024.   Court also notes pltf no longer has counsel, and notes communications from pltf to the court.
Court addresses pltf re pro se status.   Pltf responds.   Court directs clerk to reach out to local counsel re pro bono appearance for pltf, as stated, and cc all parties.   Court advises pltf that he has the right to choose his own representation.   Pltf agrees to this, no objection from dft.   Court directs clerk to forward all emails from pltf to dft (cc'ing all parties) that were recently received – clerk forwarded five emails during hearing.   Additional comments from pltf.   Court gives ptlf 30 days to file an amended complaint. Dft has 30 days thereafter to respond. Trial date shall remain where it is, discovery to go forward on one remaining claim at this time. Amended Scheduling Order to be entered with these changes.   Two written orders forthcoming to recap rulings from today – clerk to email this order to pltf.

Time in Court:   11:02-12:06   1h 4m