**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 7:21CV378** |
| | ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE** | ) | |
| **AND STATE UNIVERSITY** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

Before the Court is defendant's Motion to Amend the Court's Scheduling Order. It is

**ORDERED** that the defendant's motion is **GRANTED**. Accordingly, it is **ORDERED** as follows:

| | |
|---|---|
| **PLAINTIFFS' INITIAL EXPERT DISCLOSURE:** | **90 days before discovery closes** |
| **DEFENDANT'S INITIAL EXPERT DISCLOSURE:** | **60 days before discovery closes** |
| **DEADLINE FOR MOTIONS TO JOIN OTHER PARTIES OR AMEND PLEADINGS** | **July 24, 2023** |
| **DEADLINE FOR PARTIES TO EXCHANGE WITNESS AND EXHIBIT LISTS** | **30 days before trial** |
| **DEADLINE FOR DEPOSITION DESIGNATIONS** | **30 days before trial** |
| **DEADLINE FOR MOTIONS IN LIMINE** | **24 days before trial** |
| **DEADLINE FOR COUNTERDESIGNATIONS AND OBJECTIONS TO DEPOSITION DESIGNATIONS** | **20 days before trial** |
| **DEADLINE FOR OBJECTIONS TO COUNTERDESIGNATIONS** | **15 days before trial** |
| **DEADLINE FOR HEARING ON MOTIONS IN LIMINE** | **10 days before trial** |

The dates contained herein supersede the dates set forth in the Court's Scheduling Order, ECF No. 73. Otherwise, the provisions of the prior Scheduling Order, ECF No. 73, continue to apply.

This scheduling order applies to the single claim remaining in this case at this time. That claim is Count II, alleging a violation of Title IX against Virginia Tech related to National Institute of Health grant funding and retaliation. See Mem. Op., ECF No. 59, at 26-28 and 30 (discussing the only claim remaining in this case).

The clerk is directed to send a copy of this Order to all counsel of record and the pro se plaintiff.

It is **SO ORDERED**.

Entered: June 23, 2023

Digitally signed by Michael F.
Urbanski      Chief U.S. District
Judge
Date: 2023.06.23 18:22:36 -04'00'

Hon. Michael F. Urbanski
Chief United States District Judge