AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| John Doe<br>*Plaintiff*<br>v.<br>Virginia Polytechnic Institute and State University<br>*Defendant* | ) ) ) ) ) |

Case No.  7:21-cv-00378-MFU

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:   07/10/2023

/s/John P. Fishwick, Jr.
*Attorney's signature*

John P. Fishwick, Jr.  (VSB#23285)
*Printed name and bar number*

Fishwick & Associates PLC
30 Franklin Road SW, Suite 700
Roanoke, VA 24011

*Address*

john.fishwick@fishwickandassociates.com
*E-mail address*

(540) 345-5890
*Telephone number*

(540) 345-5789
*FAX number*