AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| John Doe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:21-cv-00378-MFU |
| Virginia Polytechnic Institute and State University | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff  .

Date:  07/10/2023

/s/Daniel J. Martin
*Attorney's signature*

Daniel J. Martin (VSB#92387)
*Printed name and bar number*

Fishwick & Associates PLC
30 Franklin Road SW, Suite 700
Roanoke, VA 24011

*Address*

daniel.martin@fishwickandassociates.com
*E-mail address*

(540) 345-5890
*Telephone number*

(540) 345-5789
*FAX number*