AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| John Doe ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:21-cv-00378-MFU |
| Virginia Polytechnic Institute and State University ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                                  .

Date:  07/13/2023

/s/ Carrol M. Ching
*Attorney's signature*

Carrol M. Ching (VSB # 68031)
*Printed name and bar number*

Fishwick & Associates PLC
30 Franklin Road SW, Suite 700
Roanoke, VA 24011

*Address*

carrol.ching@fishwickandassociates.com
*E-mail address*

(540) 345-5890
*Telephone number*

(540) 345-5789
*FAX number*