IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 7:21-cv-00378 |
| ) | |
| **VIRGINIA POLYTECHNIC** ) | |
| **INSTITUTE AND STATE** ) | |
| **UNIVERSITY,** *et al.*, ) | |
| ) | |
| **Defendants.** | |

### ORDER

Plaintiff John Doe ("Plaintiff") has filed a Motion for Extension of Time to Amend Complaint. On June 26, 2023, in the interest of justice, this Court granted Plaintiff, then proceeding *pro se*, permission to amend his Complaint on or before July 24, 2023. *See* ECF No. 79. Plaintiff has now retained counsel and requests that his time to file a new Amended Complaint be extended by thirty (30) days, making his amended complaint due on or before August 23, 2023. Defendants do not object to this request. Therefore, in the interest of justice and for good cause shown, Plaintiff's Motion for Extension of Time to Amend Complaint is **GRANTED**. It is hereby **ORDERED** that Plaintiff shall have until August 23, 2023, to amend his Complaint.

Entered: _____

_____
Michael F. Urbanski
Chief United States District Judge