# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 7:21cv378 |
| | ) |
| **VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Motion for Extension filed by defendant Virginia Polytechnic Institute and State University, requesting an extension of time within which it must file its responsive pleadings to the Second Amended Complaint. Plaintiff consents to the motion.

For the reasons set forth in defendant's motion, for good cause shown, and in the interest of justice, it is **ORDERED** that defendant's motion is **GRANTED**. Accordingly, defendant is **ORDERED** to file its responsive pleadings to the Second Amended Complaint on or before September 27, 2023.

The Clerk is directed to send a copy of this Order to counsel of record.

It is **SO ORDERED**.

Entered:

_____
Hon. Michael F. Urbanski
Chief United States District Judge

629.0407\NHS
4894-7366-2587 .v1