# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**John Doe**

**vs.**

**Virginia Polytechnic Institute and State University et al.**

Action No:   7:21cv378

Date:   9/19/2023

Judge:   Michael F. Urbanski

Court Reporter:   S. Bragg

Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)

Daniel Martin

Defendant Attorney(s)

Nathan Schnetzler
Kristina Hartman

PROCEEDINGS:
Parties present by counsel via zoom for a status conference
Court enters Oral Order amending the opinion and order (dkt 59 and 60) and dismissing due process claims without prejudice. Plaintiff is granted leave to refile.
Court directs counsel to contact clerk to set a new trial date and scheduling order.

Time in Court:   9:02 – 9:20am; 18m