IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 7:21cv378 |
| | ) |
| VIRGINIA POLYTECHNIC INSTITUTE | ) |
| AND STATE UNIVERSITY, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Before the Court is Defendants' Motion for Leave to File Brief in Excess of Twenty-Five Pages. For the reasons set forth in Defendants' Motion, for good cause shown, and in the interests of justice, it is **ORDERED** that Defendants' Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to all counsel of Record.

It is **SO ORDERED**.

Entered:

_____
Hon. Michael F. Urbanski
Chief United States District Judge