IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:21-cv-00378 |
| | ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY,** *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Brief in Excess of Twenty-Five Pages. For the reasons set forth in Plaintiff's Motion, for good cause shown, and in the interests of justice, it is ORDERED that Plaintiff's Motion is GRANTED.

The Clerk is directed to send copies of this Order to all counsel of Record.

It is **SO ORDERED.**

Entered: _____

_____
Hon. Michael F. Urbanski
Chief United States District Judge