# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**JOHN DOE**

vs.

**VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY**

Action No:   7:21CV00378

Date:   1/19/2024

Judge:   Michael F. Urbanski, CUSDJ

Court Reporter:   Judy Webb

Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)
Daniel Martin, John Fishwick

Defendant Attorney(s)
Nathan Schnetzler

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Parties present for PTM re ECF 93 and 95
Jury Trial set for 10/8-10/2024 09:30 am
Dft presents on motion.
Court will overrule the motion to reconsider, for reasons stated.
Pltf responds.
Additional argument.
Order forthcoming.

Time in Court:   2:04-3:37      1h 33m