IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>VIRGINIA POLYTECHNIC INST. &<br>STATE UNIV., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)  Case No. 7:21-cv-378<br>)<br>)  By:   Michael F. Urbanski<br>)  Chief United States District Judge<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated during the January 16, 2024, hearing in this matter, the court **DENIES** defendants' motion for reconsideration, ECF No. 95, and **GRANTS in part** defendants' motion to dismiss Doe's complaint for failure to state a claim, ECF No. 93, as follows:

- Doe's claim for violation of his due process rights against defendant Tamara Cherry-Clarke in her individual capacity is **DISMISSED with prejudice** under the doctrine of qualified immunity.

The court will address the remaining issues raised in defendants' motion to dismiss in a forthcoming memorandum opinion and order.

It is **SO ORDERED**.

Entered: January 17, 2024

Michael F. Urbanski
Chief United States District Judge

1