IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 7:21-cv-378 |
| v. | ) |
| | ) By:   Michael F. Urbanski |
| VIRGINIA POLYTECHNIC INST. & | ) Chief United States District Judge |
| STATE UNIV., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, defendants' motion to dismiss, ECF No. 93, is **DENIED in part and GRANTED in part** as follows:

1. The motion is **DENIED** as to the Due Process claim.

2. The motion is **GRANTED** as to the Title IX claim based on hostile environment and **DENIED** as to the Title IX claim based on 2019–2020 grant funding and retaliation.

3. The Title IX claim based on hostile environment is **DISMISSED with prejudice**.

4. Doe may proceed on his procedural due process claim against defendants Timothy Sands and Tamara Cherry-Clarke in their official capacities, and on his Title IX claim against defendant Virginia Tech based on 2019–2020 grant funding and retaliation.

It is **SO ORDERED**.

Entered: April 2, 2024

Michael F. Urbanski
Chief United States District Judge